# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| DORRINE DOUGLAS,<br>*Plaintiff(s)*<br><br>v.<br><br>JC JOHNSON ENTERPRISES, INC. d/b/a<br>Route 13 Diner & JIMMY JOHNSON<br>individually,<br>*Defendant(s)* | Case Number:  3:23-CV-3544-DWD |

## DEFAULT ENTRY BY CLERK

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by Plaintiff(s).  Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against the following defendant(s): JC Johnson Enterprises, Inc. d/b/a Route 13 Diner & Jimmy Johnson, individually.

Dated: December 12, 2023

MONICA A. STUMP, Clerk of Court

By:  *s/Cheri Weeks*
Deputy Clerk