IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DORRINE DOUGLAS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 3:23-cv-3544-DWD |
| **JC JOHNSON ENTERPRISES, INC., ET AL,** *doing business as* Route 13 Diner, | ) ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 6, 2024 (Doc. 13), Judgment of default is entered in favor of Plaintiff, Dorrina Douglas, and against Defendants JC Johnson Enterprises, Inc. and Jimmy Johnson, in the amount of **$10,760.54,** plus appropriate post-judgment interest under 28 U.S.C. § 1961(a).

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: February 7, 2024**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**