IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DORRINE DOUGLAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 23-cv-03544-DWD |
| ) | |
| **JC JOHNSON ENTERPRISES, INC.** ) | |
| **d/b/a ROUTE 13 DINER,** ) | |
| **and JIMMY JOHNSON** ) | |
| **individually,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court on *ex parte* Motion for Issuance of Post-Judgment Writ of Garnishment by Plaintiff Dorrina Douglas (Doc. 15). On February 6, 2024, the Court granted Plaintiff's Motion for Default Judgment and granted Plaintiff leave to conduct discovery under Rule 69(a) for the narrow purpose of aiding in its execution and collection of the judgment (Doc. 13). The Court entered judgment against Defendants on February 7, 2024 (Doc. 14).

Plaintiff now requests the Court issue a post-judgment writ of garnishment to aid in the recovery of the final judgment for the sum of $10,760.54. Plaintiff claims Defendants have failed to satisfy any portion of their judgment as of the date she filed her motion. Plaintiff believes Defendant JC Johnson maintains accounts at Scott Credit Union, located in St. Clair County, Illinois. As such, Plaintiff requests the writ of garnishment be directed to Scott Credit Union as garnishee.

The Court **GRANTS** Plaintiff's *ex parte* Motion for Issuance of Post-Judgment Writ of Garnishment. (Doc 15). The Clerk of Court is **DIRECTED** to issue a Writ of Garnishment against **JC Johnson Enterprises d/b/a Route 13 Diner and Jimmy Johnson, individually** for **$10,760.54** and directed to **Scott Credit Union, as garnishee**, in accordance with the Court's standard procedures. The Court further notes that, in the future, requests such as this one may be filed as an Application for a Writ of Garnishment, and not as a Motion.

**IT IS SO ORDERED.**

DATED: February 28, 2024

*s/ David W. Dugan*
DAVID W. DUGAN
U.S. District Judge